**Ralph PRUITT, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42461.**

Court of Criminal Appeals of Texas.

Dec. 17, 1969.

No attorney on appeal.

Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

The offense is robbery with firearms; the punishment, 10 years.

The record on appeal was approved on June 12, 1969.

No brief setting forth a ground of error was filed in the trial court by counsel of appellant's choice.

An examination of the record reflects no unassigned error which in the opinion of this court should be reviewed in the interest of justice. Art. 40.09(13) Vernon's Ann. C.C.P.

The judgment is affirmed.